# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WASHINGTON, | CASE NO. 1:07-cv-00168-AWI-LJO PC |
| Plaintiff, | ORDER DENYING MOTION FOR LEAVE TO FILE ACTION, AND DISMISSING ACTION WITHOUT PREJUDICE |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | (Docs. 1 and 2) |
| Defendants. | |

Plaintiff Roderick Washington ("plaintiff") is a state prisoner proceeding pro se and is housed at California State Prison-Corcoran. Plaintiff submitted a civil rights complaint concerning a myriad of conditions of confinement accompanied by a motion seeking leave to file the action on the ground that plaintiff is in imminent danger. The Clerk's Office filed the action on January 25, 2007.

Plaintiff is subject to a Prefiling Order issued by the Honorable Oliver W. Wanger on March 26, 2003, in case number 1:99-cv-06590-OWW-LJO PC <u>Washington v. Early</u>. Pursuant to the Order, plaintiff is enjoined from filing suit in this district unless he either (1) pays the $350.00 filing fee in full at the time he files suit or (2) makes an evidentiary showing, with documentation, that he is in imminent danger of serious physical injury. 28 U.S.C. § 1915(g).[1] Any documents submitted

///

---

[1] Section 1915(g) provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." Plaintiff is subject to both section 1915(g) and Judge Wanger's Prefiling Order.

1

1 by plaintiff that do not make this showing are to be returned to plaintiff and no civil action is to be
2 opened.
3     This action, which was not accompanied by the $350.00 filing fee, was opened in error by
4 the Clerk's Office prior to a prefiling review by a judge. Plaintiff's complaint has now been
5 reviewed and it does not meet the requirements of the Prefiling Order. Specifically, plaintiff has
6 made no showing that he is under imminent danger of serious physical injury.
7     Accordingly, it is HEREBY ORDERED that:
8     1.   Plaintiff's motion for leave to file the action on the ground that he is in imminent
9          danger is DENIED;
10    2.   This action is DISMISSED, without prejudice, pursuant to the Prefiling Order; and
11    3.   The Clerk's Office shall return to plaintiff the exhibits lodged on January 25, 2007.

14 IT IS SO ORDERED.
15 **Dated:   February 2, 2007**              /s/ **Anthony W. Ishii**
   0m8i78                                    UNITED STATES DISTRICT JUDGE