# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WASHINGTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 1:07-cv-00168-AWI-LJO (PC)<br><br>ORDER DENYING MOTION TO VACATE ORDER OF MARCH 5, 2007, WITH PREJUDICE, AS MOOT<br><br>(Doc. 17) |

　　This action was dismissed on February 5, 2007, and plaintiff Roderick Washington filed a notice of appeal on February 12, 2007. On June 11, 2007, plaintiff filed a motion seeking to vacate the Court's order of March 5, 2007, in which the Court denied plaintiff's motion for leave to proceed in forma pauperis on appeal pursuant to 28 U.S.C. § 1915(g). Plaintiff's appeal was dismissed by the Court of Appeals for the Ninth Circuit on April 10, 2007, on the ground that the appeal lacked merit.

　　Due to the dismissal of plaintiff's appeal, plaintiff's motion to vacate the order denying his motion for leave to proceed in forma pauperis on appeal is DENIED as moot, with prejudice.

IT IS SO ORDERED.

**Dated:   June 13, 2007**　　　　　　　　　　　　 **/s/ Anthony W. Ishii**
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1